IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    *Plaintiff,*

v.                                                                                                          Civ. No. 16-832

ACOMA CEREMONIAL SHIELD,
MORE PARTICULARLY DESCRIBED AS:
LOT #68 "BOCLIER DE GUERRE Pueblo
Probablement Acoma ou Jemez XIX Siécle ou
Plus Ancien Cuir."

    *Defendant-in-rem.*

## ENTRY OF APPEARANCE

**COMES NOW**, Ann Berkley Rodgers and Aaron M. Sims, CHESTNUT LAW OFFICES, P.A., and hereby enters their appearance on behalf of the Pueblo of Acoma, a <u>Claimant</u> of the ACOMA CEREMONIAL SHIELD, MORE PARTICULARLY DESCRIBED AS: LOT #68 "BOCLIER DE GUERRE Pueblo Probablement Acoma ou Jemez XIX Siécle ou Plus Ancien Cuir," Defendant-in-rem, in this cause.

Dated:   August 15, 2016                      Respectfully submitted,

                                                                      CHESTNUT LAW OFFICES, P.A.

                                                                      */s/ Ann Berkley Rodgers*
                                                                      Ann Berkley Rodgers
                                                                      Aaron M. Sims
                                                                      121 Tijeras NE, Suite 2001
                                                                      Albuquerque, New Mexico 87125
                                                                      Telephone: (505) 842-5864
                                                                      Fax: (505) 843-9249

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    *Plaintiff,*

v.                                                    Civ. No. 16-832

ACOMA CEREMONIAL SHIELD,
MORE PARTICULARLY DESCRIBED AS:
LOT #68 "BOCLIER DE GUERRE Pueblo
Probablement Acoma ou Jemez XIX Siécle ou
Plus Ancien Cuir."

    *Defendant-in-rem.*

## CERTIFICATE OF SERVICE

I hereby certify that, on the 15th day of August, 2016, a copy of the *Entry of Appearance* was served by regular mail, first-class, postage pre-paid to Damon Martinez, U.S. Attorney and Stephen R. Kotz, Assistant U.S. Attorney at P. O. Box 607, Albuquerque, New Mexico 87103.

Dated:   August 15, 2016                    Respectfully submitted,

                                                          CHESTNUT LAW OFFICES, P.A.

                                                          */s/ Ann Berkley Rodgers*
                                                          Ann Berkley Rodgers
                                                          Aaron M. Sims
                                                          121 Tijeras NE, Suite 2001
                                                          Albuquerque, New Mexico 87125
                                                          Telephone: (505) 842-5864
                                                          Fax: (505) 843-9249