IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      *Plaintiff*,

    v.                               **Civ. No.** 16-cv-00832-MV-KBM

ACOMA CEREMONIAL SHIELD,
MORE PARTICULARLY DESCRIBED AS:
LOT #68 "BOUCLIER DE GUERRE PUEBLO
PROBABLEMENT ACOMA OU JEMEZ XIX SIÈCLE OU
PLUS ANCIEN CUIR."

      *Defendant-in-rem.*

**WARRANT OF ARREST *IN REM***

TO:    The United States Marshal for the District of New Mexico and/or any other United States officer or employee or person under contract with the United States.

        WHEREAS, on July 20, 2016, the United States of America filed a Verified Complaint for Forfeiture *In Rem* in the United States District Court for the District of New Mexico against the Defendant Property, alleging that the property is subject to seizure and civil forfeiture to the United States for the reasons alleged in the complaint; and

        WHEREAS, the Court, having reviewed the Verified Complaint and the United States' Application for Warrant of Arrest *In Rem*, Doc. 6, hereby finds, in accordance with Rule G(3)(b)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, that there is probable cause to believe that the defendant property, which is not presently in the Government's possession, custody or control or subject to a judicial restraining order, is subject to forfeiture pursuant to 16 U.S.C. § 470gg(b)(3) and 18 U.S.C.§ 981(a)(1)(C); and

WHEREAS, Supplemental Rule G(3)(c)(i) provides that the warrant of arrest *in rem* must be delivered to a person or organization authorized to execute it who may be a marshal or any other United States officer or employee, someone under contract with the United States, or someone specially appointed by the court for that purpose;

YOU ARE, THEREFORE, HEREBY COMMANDED to arrest the Defendant Property as soon as practicable by serving a copy of this warrant on the custodian in whose possession, custody or control the property is presently found, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court.

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed.

DATE: August 31, 2016

_____
MARTHA VAZQUEZ
UNITED STATES DISTRICT JUDGE

RETURN OF SERVICE

I hereby certify that I executed this warrant by serving _____ by _____ on the ___ day of _____, _____.

_____
[U.S. Deputy Marshal or other person serving warrant]