IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    *Plaintiff,*

    v.                                           Civ. No. 16-832 MV/KBM

ACOMA CEREMONIAL SHIELD,
MORE PARTICULARLY DESCRIBED AS:
LOT #68 "BOUCLIER DE GUERRE PUEBLO
PROBABLEMENT ACOMA OU JEMEZ XIX SIÈCLE OU
PLUS ANCIEN CUIR."

    *Defendant-in-rem.*

**JOINT STATUS REPORT**

    Pursuant to the court's order entered on November 27, 2017, Doc. 13, the United States and Claimant Pueblo of Acoma submit this status report.

    The Defendant property is held by EVE Auction House in Paris, France. Through the Department of Justice Office of International Affairs, the United States has requested that French authorities serve process, including the Complaint, Summons and Warrant for Arrest *in rem,* Docs. 1 and 9, on EVE Auction House to effectuate, *inter alia,* return of the Acoma Shield to the District of New Mexico. The service request remains pending before the appropriate French authorities.

    The parties further advise the Court that they have engaged in on-going discussions and negotiations to obtain release of the Acoma Shield from EVE Auction House.

Respectfully submitted,

JAMES D. TIERNEY
ACTING UNITED STATES ATTORNEY

*Electronically filed December 1, 2017*
STEPHEN R. KOTZ
Assistant U.S. Attorney
P. O. Box 607
Albuquerque, New Mexico  87103-0607
(505) 346-7274


APPROVED:

*Approved via email 12/1/2017*
AARON M. SIMS, ESQ.
Attorney for Pueblo of Acoma
Chestnut Law Offices, P.A.
121 Tijeras NE, Suite 2001
Albuquerque, N.M. 87102
Phone: 505 842-5864