16CV832 MV/KBM

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|
| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>16-832 MV/KBM |
| DEFENDANT<br>Acoma Ceremonial Shield, et.al. | TYPE OF PROCESS<br>Personal Service/Summons |

SERVE AT:
NAME OF INDIVIDUAL, COMPANY, CORPORATION ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Jerold Logan Collings
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
150 Brushy Mountain Rd., Mule Creek, NM 88051

POSTED ✓
JDIS 1

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
STEPHEN R. KOTZ, AUSA
P.O. BOX 607
Albuquerque, NM 87103

Number of process to be served with this Form 285: 1
Number of parties to be served in this case:
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

1. Personally serve Jerold Collings with the attached copy of the Verified Complaint for Forfeiture in Rem and the Notice of Complaint for Forfeiture Against Property.
2. Return completed copies for filing. 16-FBI-005462

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 505.346.7274
DATE: 12/12/18

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 1
District of Origin No.: 051
District to Serve No.: E51
Signature of Authorized USMS Deputy or Clerk: Jesse French
Date: 12-14-2018

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Jerold Collins

Address (complete only different than shown above):
2707 Highway 180 E
Silver City, NM 88061

☐ A person of suitable age and discretion then residing in defendant's usual place of abode
Date: 12-18-2018   Time: 2:00 ☒ pm
Signature of U.S. Marshal or Deputy: Jesse French

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) | |
|---|---|---|---|---|---|---|
| $260.00 | 117.72 | 0.00 | 377.72 | 0.00 | -$0.00 | $377.72 |

REMARKS:
No charge to government.

DISTRIBUTE TO:
1 CLERK OF THE COURT
2 USMS RECORD
3 NOTICE OF SERVICE
4 BILLING STATEMENT* To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal
5 ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev 11/13